UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESHAYLA VALENTINE,<br><br>  Plaintiff,<br><br>   v.<br><br>SOCIAL SECURITY ADMINISTRATION,<br><br>  Defendant. | No.  2:22-cv-2238-DAD-CKD (PS)<br><br><br>ORDER |

Plaintiff Deshayla Valentine proceeds pro se in this civil action against the Social Security Administration as the named defendant. On January 5, 2023, defendant moved to dismiss the complaint. (ECF No. 7.) Defendant's motion was set for a hearing to take place on February 15, 2023. To date, plaintiff has not filed an opposition, or a statement of non-opposition, to the motion to dismiss and has not sought an extension of time to do so. Accordingly, the hearing set for February 15, 2023, is vacated. If appropriate, the court will reset the hearing to take place at a later date.

Local Rule 230(l) provides, in part: "Failure of the responding party to file an opposition or statement of non-opposition may be deemed a waiver of any opposition to the granting of the motion and my result in the imposition of sanctions." Pursuant to Local Rule 230(c), an "[o]pposition, if any, to the granting of [a] motion shall be in writing and shall be filed and served

no later than fourteen (14) days after the motion was filed."

Plaintiff is hereby cautioned that "[n]o party will be entitled to be heard in opposition to a motion at oral arguments if written opposition to the motion has not been timely filed by that party." Local Rule 230(c). Plaintiff is also notified that failure to comply with the Federal Rules of Civil Procedure, Local Rules of Practice, or orders of this court could result in dismissal of this action. With these admonitions in place, plaintiff will be granted an extension of time to file an opposition or statement of non-opposition to the pending motion to dismiss.

Based on the foregoing, IT IS ORDERED:

1. The February 15, 2023 hearing on defendant's motion to dismiss (ECF No. 7) is VACATED.

2. Within 14 days from the date of this order, plaintiff shall file an opposition or statement of non-opposition to defendant's motion to dismiss; if plaintiff no longer wishes to prosecute this case, then plaintiff may file a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(a)(i), which will terminate this action by operation of law.

Dated: February 6, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8.Valentine22cv2238.nooppo

2